**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1350

RAYMOND J. HOGAN,

                                        Plaintiff - Appellant,

        versus

TEXTRON FLEX ALLOY, INCORPORATED,

                                        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CA-03-194-3)

Submitted: August 31, 2005        Decided: September 27, 2005

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond J. Hogan, Appellant Pro Se. Kenneth Paul Carlson, Jr., Kristine Marie Howard, CONSTANGY, BROOKS & SMITH, L.L.C., Winston-Salem, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Raymond J. Hogan appeals the district court's order granting summary judgment to Defendant in this action alleging discrimination in employment in violation of Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hogan v. Textron Flex Alloy, No. CA-03-194-3 (W.D.N.C. Mar. 3, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED